PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00051-TLN-AC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $96,189.19 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimants Zhenhuan Xie and Xiaobing Wang ("claimants"), by and through their respective counsel, as follows:

1.     On or about December 1, 2020, claimants filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection ("CBP") with respect to the Approximately $96,189.19 in U.S. Currency (hereafter "defendant currency"), which was seized on October 6, 2020.

2.     The CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants have filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency

1

is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 1, 2021.

4.      By Stipulation and Order filed February 25, 2021, the parties stipulated to extend to April 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed April 29, 2021, the parties stipulated to extend to June 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 28, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to **September 28, 2021.**

Dated:    06/25/2021                                    PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                           By:    /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
                                                  Assistant United States Attorney

Dated: ___06/25/2021___                      /s/ Mark J. Reichel_____
                                             MARK J. REICHEL
                                             Attorney for potential claimants
                                             Zhenhuan Xie and Xiaobing Wang
                                             (Signature authorized by text)


                **IT IS SO ORDERED**.


Dated: June 28, 2021                         _____
                                             Troy L. Nunley
                                             United States District Judge