PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00051-TLN-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $96,189.19 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimants Zhenhuan Xie and Xiaobing Wang ("claimants"), by and through their respective counsel, as follows:

1.      On or about December 1, 2020, claimants filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection ("CBP") with respect to the Approximately $96,189.19 in U.S. Currency (hereafter "defendant currency"), which was seized on October 6, 2020.

2.      The CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants have filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 1, 2021.

4. By Stipulation and Order filed February 25, 2021, the parties stipulated to extend to April 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed April 29, 2021, the parties stipulated to extend to June 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed June 29, 2021, the parties stipulated to extend to September 28, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed September 28, 2021, the parties stipulated to extend to November 29, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed November 24, 2021, the parties stipulated to extend to January 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed January 28, 2022, the parties stipulated to extend to March 29, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed March 24, 2022, the parties stipulated to extend to May 30, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the

Stipulation and Order to Extend Time

defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed May 25, 2022, the parties stipulated to extend to July 29, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 26, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 26, 2022.

Dated: 7/27/22                    PHILLIP A. TALBERT
                                  United States Attorney

                        By:       /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant United States Attorney


Dated: 7/27/22                    /s/ Mark J. Reichel
                                  MARK J. REICHEL
                                  Attorney for potential claimants
                                  Zhenhuan Xie and Xiaobing Wang
                                  (Signature authorized by email)


**IT IS SO ORDERED**.

Dated: July 27, 2022
                                  _____
                                  Troy L. Nunley
                                  United States District Judge